**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

**DWAYNE HARRIS,**

      **Plaintiff,**

  **vs.**                                       **Civil Action 2:10-CV-12
                                                     Judge Frost
                                                     Magistrate Judge King**

**TERRY COLLINS,** *et al.***,**

      **Defendants.**

## ORDER

On October 29, 2010, the United States Magistrate Judge issued an *Order and Report and Recommendation* that, inter alia, recommended that plaintiff's motions for default judgment, Doc. Nos. 24, 28, be denied. *Order and Report and Recommendation*, Doc. No. 32. Although the parties were advised of their right to object to that recommendation, and of the consequences of their failure to do so, *id*., at 8, no objection has been filed.

The recommendation of the Magistrate Judge is **ADOPTED and AFFIRMED**. Plaintiff's motions for default judgment, Doc. Nos. 24, 28, are **DENIED**.

                                                       /s/ Gregory L. Frost
                                                          Gregory L. Frost
                                                  United States District Judge